# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| JOSEPH GREENFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | No. 2:13-12852 |
| | ) | |
| -v- | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| ACTING COMMISSIONER | ) | Judge Robert H. Cleland |
| OF SOCIAL SECURITY, | ) | Magistrate Judge Patricia T. Morris |
| | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

This matter shall be remanded to the Acting Commissioner for further administrative proceedings pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) and judgment shall be entered in favor of the Plaintiff. Upon receipt of this Order, the Appeals Council will remand the matter to an Administrative Law Judge for further proceedings to review the medical record and consider the defects with the previous decision's step three evaluation, the opinion evidence evaluation, and the residual functional capacity assessment.

    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: June 30, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, June 30, 2014, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522